1-1-2023

1:21-CV-877

US COURTHOUSE
ROOM 509
445 BROADWAY
ALBANY N.Y.

RICHARD KEEFER
3304 12th St.
ELKTON FL 32033

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 09 2023
AT___O'CLOCK
John M. Domurad, Clerk - Albany

MAGISTRATE JUDGE: DANIEL J STEWART

I NEED to LET you KNOW I don't HAVE A PERMANET ADDRESS. I PRESENTLY RESIDE At 3304 12th St.
ELKTON FL 32033. Not SURE how much LONGER I CAN STAY HERE. I AM HOMELESS AND BASICALLY BROKE. I WAS SCAMED out of OVER 100,000. To MAKE it worst I didNt REALIZE MY bANK did Not tAKE out tAXES. Now I must PAY the US TREASURY 330.00 MONthly AS I OWE 23,000 Plus CREDit CARD debt. what I OWE IS APPROXIMAtly 65,000. AS A RESULT I CANt PAy for A PLACE to RESIDE AS I hAVE NO CURRENcy. IN fAct I Also Just RECIVED A LEtter from IRMAA stating my S.S. Check IS GoING LOWER (from 1372.00 to 1315.00) Plus if I UNDERSTAND bECAUSE I had INCOME of OVER 150,000. I WAS Not AWARE tAKING ALL of MY MONEY out of my MUTUAL FUNDS. Now hAVE ZERO MUTUAL FUNDS.

I hAVE NO ONE to REPRESENt ME, EVERY firm I CALLED StAtED NY IS out of thER JURDISTION

I thought I ask to have someone to represent me but I never heard from some to assit me. People may have tried but I got nothing at general delivery. I just received information sent back to my former address which was sent to the Florida address which is not permanent. I don't pay anything to stay here. They will start having me pay rent which at present I can not afford. As a result I will be back living on the streets. At that time I lived out of my car, but in order to pay US Treasury and bills whats left over for some food. I don't have have transportation. I have to walk to Route 207 to get the bus. At 9:10 am or 11:30 am and back at 1:30 pm and 3:55 pm.

I'm currently 83 and no family except nephews & nieces and with the exception of two nephew bascially they know nothing. One nephew havnt seen in appox. 30 pers & the other my baby brother knows nothing about me. One nele last saw at my mother funeral 1993 Dec.

I forgot if I ever receive permission to talk to someone by phon

Theres a lot more but I'll end it here.
 Sincerley
 Richard Keefer 386-546-9955 this has been my number for over 20 yeas I believe

R. KEEFER
3304 12th St
ELKTON, FL 32033

JACKSONVILLE FL 320
4 JAN 2023  PM 1

FOREVER / USA   FOREVER / USA

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN 09 2023
RECEIVED

U.S. Courthouse
MAGISTRATE Judge
DANIEL J STEWART
ROOM 509
445 Broadway
Albany N.Y.

12207-292534